IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY LAWRENCE DUPREE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-CV-970-WKW |
| | ) | |
| CITY OF PHENIX CITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 54), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)     The Recommendation of the Magistrate Judge is ADOPTED;

(2)     Defendants' motion to dismiss (Doc. # 48) is GRANTED, and all claims against Defendants Patrick Loftin, Joe Edwards, Angela Howard, Raymond Smith, Wallace Hunter, H.S. Sonny Coulter, James Wetzel, Max Wilkes, Michelle Walker, Arthur Sumbry, and James P. Graham are DISMISSED;

(3)     Plaintiff's deprivation of property and conspiracy claims are DISMISSED; and

(4)     Plaintiff's remaining Fourth Amendment claims against the City of Phenix City and Officer S. Lashley are REFERRED back to the Magistrate Judge for further proceedings.

DONE this the 27th day of December, 2011.

/s/ W.  Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE